IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BERNARD BUTLER, | No. 2:13-cv-0662-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 11) to file a response to the motion to dismiss filed by respondent(s). Good cause appearing therefor, the request is granted.  Petitioner may file a response within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: September 4, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1